IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JUSTIN CHAPLIN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> SSA COOPER, LLC, <br><br> Defendant. | CIVIL ACTION NUMBER: <br> 2:15-cv-01076-DCN |

## ORDER ALLOWING LATE OPT-INS

This matter comes before the Court on the Joint Motion to Allow Late Opt-Ins (the "Joint Motion"). The Court has reviewed the Joint Motion and concludes that it is in the best interests of the parties and represents the best use of judicial resources to allow Justin Hurst, Glen Frazier, Nicholas Hunkin, and Brice McNamara to opt in to the above-captioned action for purposes of settlement.

**IT IS THEREFORE ORDERED** that the Joint Motion is **GRANTED** and that Justin Hurst, Glen Frazier, Nicholas Hunkin, and Brice McNamara shall be allowed to opt in to the above-captioned action for purposes of settlement and that all claims in the case styled *Justin Hurst, On Behalf of Himself and All Others Similarly Situated v. SSA Cooper, LLC*, Case No. 2:17-cv-02368-DCN shall be dismissed with prejudice.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

December 5, 2017
Charleston, South Carolina